# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Sherrice Nicole Elrod, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00046-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Louis Dejoy, | ) | |
| | ) | |
| Defendant. | | |

DECISION BY CLERK. This action having come before the Clerk upon a Notice of Acceptance with Offer of Judgment;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of Plaintiff and against Defendant in the total amount of $75,000.00 in accordance with the Notice of Acceptance with Offer of Judgment, filed at Doc. No. 7, on May 20, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff's claims in this matter are DISMISSED WITH PREJUDICE.

June 1, 2022

_____
Frank G. Johns, Clerk
United States District Court